9502.   BENTLEY, relator, v. IRVIN.

LUKE, J.   The bill of exceptions in this case has never been served, nor has service been waived; and therefore the writ of error is

Dismissed.   Wade, C. J., and Jenkins, J., concur.

DECIDED NOVEMBER 8, 1918.

Motion to disbar attorney; from Wilkes superior court—Judge Walker.

P. B. D'Orr, L. S. Hulbert, for plaintiff.

W. D. Thomson, for defendant.